**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ROBERT EARL KING III** | **CASE NO. 1:22-CV-6041 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHELLE GARRIGA,** *ET AL.* | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Do. No. 7] previously filed herein, having thoroughly reviewed the record, and noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 1] filed herein is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(b) and § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS, DONE AND SIGNED** in Chambers on this 8th day of May, 2023.

_____
Terry A. Doughty
United States District Judge